# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **IN THE MATTER OF THE COMPLAINT OF MITCHELL JOSEPH WRIGHT** | **MJ 20-48-GF-JTJ**<br><br>**ORDER** |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Complaint and Affidavit for the Complaint filed herein, are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this __23__ day of June 20

_____
HON. JOHN T. JOHNSTON
U.S. Magistrate Judge